IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jennifer Hueneberg, | No. CV-16-01368-PHX-SPL |
| Plaintiff, | |
| vs. | **ORDER** |
| Alpine Freezer, LLC, | |
| Defendant. | |

No stipulation to dismiss having been filed, in accordance with the Court's August 17, 2016 Order (Doc. 16),

**IT IS ORDERED** that this action is **dismissed with prejudice**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **terminate** this action.

Dated this 19th day of September, 2016.

Honorable Steven P. Logan
United States District Judge